# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

TONY FISHER,

               Plaintiff,

               v.

WARDEN JORDAN HOLLINGSWORTH, et al.,

               Defendants.

Civil Action No. 18-16793 (KMW) (AMD)

**ORDER**

    This matter having come before the Court on Defendants' motion to dismiss Plaintiff's amended complaint (ECF No. 47, Angela Juneau, Assistant United States Attorney, appearing), this Court having considered the motion, the record of proceedings in this matter, Plaintiff's response (ECF No. 57, Daniel C. Epstein, appearing), and Defendants' reply (ECF No. 60), and for the reasons expressed in the accompanying opinion,

    **IT IS** on this 18 day of August, 2022,

    **ORDERED** that Defendants' motion (ECF No. 47) is **GRANTED**; and it is further

    **ORDERED** that Plaintiff's amended complaint (ECF No. 9-1) is **DISMISSED** in its entirety; and it is finally

    **ORDERED** that the Clerk of the Court shall serve a copy of this Order and the accompanying opinion upon the parties electronically, and **CLOSE** the file.

Hon. Karen M. Williams,
United States District Judge